UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                        )
                                              )
    Peter K. Rhee                             )    Case No. 12 B 00230
                                              )
                                              )

## Final Pretrial Order on Evidentiary Hearing

*The following provisions will govern the future course of this proceeding. Failure to comply with the provisions of this order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

Discovery is to be conducted on or before **June 28, 2012**; responses to discovery shall be completed on or before **July 12, 2012**.

Counsel for all parties are hereby ordered to confer and together prepare and file with the court on or before **July 26, 2012**, a **joint document** captioned "Pretrial Statement." The Pretrial Statement will contain the following information:

1. A brief statement of the theory of each claim and each defense;
2. A statement of stipulated facts in numbered paragraphs;
3. A statement in numbered paragraphs setting out the material facts which are in dispute;
4. Each party's list of witnesses with any objections noted, stating grounds;
5. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

Each party will provide all other parties a copy, and the court **two** copies, of all exhibits to be used at trial. Each exhibit will be pre-marked, e.g., "Plaintiff's Exhibit 1." Any exhibit to which an objection is not raised in the Pretrial Statement will be received in evidence without an offer during the trial.

The hearing is set for **August 23, 2012**, at **11:00 a.m.** in Courtroom **615** Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois.

ENTER: *[signature: Janet S. Baer]*

---
Hon. Janet S. Baer
United States Bankruptcy Judge

Dated: 14 JUN 2012